# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ERIC GRIFFIN,

    Plaintiff,

v.

RUSHINGS, *et al*.,

    Defendants.

Case No. 2:11-CV-01246-KJD-CWH

**ORDER**

On October 21, 2011, the Court denied (#11) Plaintiff's application to proceed *in forma pauperis*. The Court ordered Plaintiff to pay the full filing fee within thirty days of the entry of the order. On November 4, 2011, Plaintiff filed a notice of appeal (#12) of the Court's Order (#11). Plaintiff's interlocutory appeal was dismissed by the Ninth Circuit Court of Appeals on December 8, 2011. The Court issued its Order on Mandate (#16) on December 28, 2011. Therefore, the Court orders Plaintiff to pay the full filing fee no later than January 17, 2011. Failure to do so will result in dismissal of Plaintiff's complaint without further order of the Court.

**IT IS SO ORDERED.**

DATED this 29th day of December 2011.

_____
Kent J. Dawson
United States District Judge