# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ERIC GRIFFIN,

    *Plaintiff*,

vs.

RUSHINGS, *et al.*

    *Defendants*.

2:11-cv-01246-KJD-CWH

ORDER

The docket does not reflect that plaintiff has paid the filing fee. The prior orders advised that failure to make timely payment would result in dismissal. See #11, at 2; #17. See also ## 7 & 11 (regarding the filing fee requirement as applied to the circumstances of this case).

IT THEREFORE IS ORDERED that this action shall be DISMISSED without prejudice for failure to pay the filing fee.

IT FURTHER IS ORDERED that all pending motions are denied, following upon the dismissal of the matter for nonpayment of the filing fee.

The Clerk of Court shall enter final judgment accordingly, dismissing this action without prejudice.

DATED: January 23, 2012

_____
KENT J. DAWSON
United States District Judge